910

EDWARD F. COSENTINO *et al.*, d/b/a CBA TRUCK LEASE COMPANY, Plaintiffs-Appellants, *v.* ADDIS JONES *et al.*, d/b/a THOMAS HOIST COMPANY, Defendants-Appellees.

(No. 58232;

First District (1st Division)—October 1, 1973.

PER CURIAM.
GOLDBERG, J., took no part.

Cohn & Flynn, of Chicago, (Erwin Cohn, of counsel,) for appellants.

No appearance for appellees.